IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JORGE REYES BERMUDEZ, on behalf of himself and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>BRODIE CONTRACTORS INC. and JOSÉ ISABEL CARBAJAL CHAVEZ,<br><br>        Defendants. | CLASS ACTION<br><br>CIVIL ACTION NO.:<br>5:22-CV-00147-FL<br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

ENTRY OF DEFAULT BY CLERK PURSUANT TO RULE 55(a)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiffs has requested that an entry of default be made by the Clerk against Defendant Brodie Contractors Inc. pursuant to Rule 55(a), Fed. R. Civ. P. Upon consideration of the Amended Application for Entry of Default [DE-14] and the court records, an entry of default against Defendant Brodie Contractors Inc. is made this the __18__ day of ___May___, 2023.

_____
Peter A. Moore, Jr.
Clerk of Court

4