IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JORGE REYES BERMUDEZ, on behalf of himself and all other similarly situated persons, </br></br> Plaintiffs, </br></br> v. </br></br> BRODIE CONTRACTORS INC. and JOSÉ ISABEL CARBAJAL CHAVEZ, </br></br> Defendants. | CLASS ACTION </br></br> CIVIL ACTION NO.: </br> 5:22-CV-00147-FL </br></br> COLLECTIVE ACTION </br> 29 U.S.C. § 216(b) |

### NOTICE OF LAW FIRM CHANGE

TO: THE CLERK OF COURT AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that undersigned counsel for Plaintiff Jorge Reyes Bermudez has recently joined the law firm of Waldrep Wall Babcock & Bailey PLLC. Undersigned counsel has made the necessary changes to his PACER accounts, so he will receive all notices from the CM/ECF system, and his new email and mailing address is listed below.

Respectfully submitted this the 27th day of June, 2023.

                                  WALDREP WALL BABCOCK & BAILEY PLLC

BY: /s/ *Chris W. Haaf*
       Chris W. Haaf
       N.C. State Bar No. 46077
       370 Knollwood St., Suite 600
       Winston-Salem, NC 27103
       Tel: (336) 717-1309
       chaaf@waldrepwall.com

*Co-Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the original of the foregoing document on the following person(s) and/or entities listed below by U.S. Mail, postage prepaid, first class delivery, addressed as follows:

> José Isabel Carbajal-Chavez
> 3901 Computer Drive
> Raleigh, North Carolina 27609.

And to certify on this the 27th day of June, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

> Brett A. Carpenter
> Kaitlin C. Dewberry
> Poyner Spruill LLP
> 301 Fayetteville Street, Suite 1900
> Raleigh, NC 27601
> *Attorneys for Defendant Brodie Contractors Inc.*

WALDREP WALL BABCOCK & BAILEY PLLC

BY: /s/ *Chris W. Haaf*
Chris W. Haaf
N.C. State Bar No. 46077
370 Knollwood St., Suite 600
Winston-Salem, NC 27103
Tel: (336) 717-1309
chaaf@waldrepwall.com

*Co-Counsel for Plaintiff*