UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-00147-FL

| | |
|---|---|
| JORGE REYES BERMUDEZ, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BRODIE CONTRACTORS INC. and JOSÉ ISABEL CARBAJAL CHAVEZ,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff Jorge Reyes Bermudez and Defendant Brodie Contractors Inc., by and through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate that this case is dismissed with prejudice.

This the 15th day of September, 2023.

| | |
|---|---|
| **WALDREP WALL BABCOCK & BAILEY PLLC** | **POYNER SPRUILL LLP** |
| By: /s/ Chris W. Haaf<br>Chris W. Haaf<br>N.C. State Bar No. 46077<br>370 Knollwood St., Suite 600<br>Winston-Salem, NC 27103<br>Telephone: (336) 717-1309<br>chaaf@waldrepwall.com<br><br>Robert J. Willis<br>Law Office of Robert J. Willis, P.A.<br>N.C. State Bar No. 10730<br>P.O. Box 1828<br>Pittsboro, NC 27312<br>Telephone: (919) 821-9031<br>Fax: (919) 821-1763<br>rwillis@rjwillis-law.com<br><br>ATTORNEYS FOR PLAINTIFF | By: /s/ Brett A. Carpenter<br>Brett A. Carpenter<br>N.C. State Bar No. 47630<br>bcarpenter@poynerspruill.com<br>David L. Woodard<br>N.C. State Bar No. 19343<br>dwoodard@poynerspruill.com<br>Kaitlin C. Dewberry<br>N.C. State Bar No. 50269<br>kdewberry@poynerspruill.com<br>301 Fayetteville Street, Suite 1900<br>Raleigh, NC 27601<br>Telephone: (919) 783-6400<br>Facsimile: (919) 783-1075<br><br>ATTORNEYS FOR DEFENDANT BRODIE CONTRACTORS INC. |

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically served the foregoing upon all counsel of record.

This the 15th day of September, 2023.

                                              /s/ Chris W. Haaf
                                              Chris W. Haaf